IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 15-cr-00415-MSK-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANGEL GUZMAN-GUTIERREZ;
2. LEONEL OLAGUEZ-CABRALES;
3. AREVALO PORTILLO SERGIO-ENRIQUE,
a/k/a Sergio Enrique Arevalo-Portillo;
4. JOSE ELENO RODARTE-GARCIA;
5. **JUAN MEJIA-VASQUEZ**; and
6. EDUARDO ARIES-TORRES,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Request for Travel (Request) **(#42)** filed by counsel for Defendant Juan Mejia-Vasquez on November 17, 2015.  Having reviewed the Request, the Court FINDS that it has been filed prematurely and, therefore, DENIES the Request with leave to renew once the travel has occurred.

DATED this 19th day of November, 2015.

                            BY THE COURT:

                            */s/ Marcia S. Krieger*

                            Marcia S. Krieger
                            United States District Court